WADE KILPELA SLADE LLP
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Collins Kilgore, State Bar No. 295084
ckilgore@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave.. Suite 100E
Santa Monica, CA 90404
Tel.: 310-667-7273

*Attorneys for Plaintiff Aine O'Neill*

DAVID R. SINGH
David.Singh@weil.com
MORGAN D. MACBRIDE
Morgan.Macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650-802-3000
Fax: 650-802-3000

*Attorneys for Apple Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AINE O'NEILL,<br><br>Plaintiff,<br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:26-cv-07457-PA-SSC<br><br>**JOINT REPORT**<br><br>TAC Filed: November 25, 2024 |

Pursuant to the Court's August 24, 2026 order, Plaintiff Aine O'Neill ("Plaintiff" or "Ms. O'Neill") and Defendant Apple Inc. ("Apple") (collectively, the "Parties") respectfully submit this Joint Report.

The parties met and conferred following the Court's August 24, 2026 status conference and discussed the issues raised at the conference. Plaintiff intends to re-file her claims in the Superior Court of California in the next thirty (30) days. The parties intend to discuss the circumstances of the filing in state court and related guardrails as previewed by the Court during the status conference scheduled for August 31, 2026. These circumstances include the timing of filing her claims in state court; the timing of the Court's dismissal of the action pending before it, including potentially retaining jurisdiction over the matter until after any state court ruling on a demurrer or jurisdictional challenge; the timing and substance of a Rule 41(a)(2) motion in this Court; and whether this matter should be stayed until after it is confirmed where the case will proceed.

Dated: August 28, 2026

Respectfully submitted,

*/s/ David R. Singh*

DAVID R. SINGH
David.Singh@weil.com
MORGAN D. MACBRIDE
Morgan.Macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650-802-3000
Fax: 650-802-3000

JAMES M. PEARL
James.Pearl@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of the Stars, Ste. 1800
Los Angeles, CA 90067
Tel: 213-667-5100
Fax: 213-667-5111

*Attorneys for Apple Inc.*

Dated: August 28, 2026

*/s/ Gillian L. Wade*
Gillian L. Wade, State Bar No. 229124
gwade@waykayslay.com
Sara D. Avila, State Bar No. 263213
sara@waykayslay.com
Collins Kilgore, State Bar No. 295084
ckilgore@waykayslay.com
Marc A. Castaneda, State Bar No. 299001
marc@waykayslay.com
2450 Colorado Ave.. Suite 100E
Santa Monica, CA 90404
Tel.: 310-667-7273
*Attorneys for Plaintiff Aine O'Neill*